DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OSLER LAWRENCE HUTSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D22-3692

_____

March 27, 2024

Appeal from the County Court for Sarasota County; Erika N.
Quartermaine, Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

　　Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.